U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2024 JUL 17 A 11:59

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

Dustin Burnham

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Portland Housing Authority

Maine State Housing Authority

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Civil No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes   ☐ No
*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Dustin Bumham |
| Street Address | 211 Cumberland Ave, studio 1103 |
| City and County | Portland, me, 04101 |
| State and Zip Code | maine, 04101 |
| Telephone Number | 207 536 0338 |
| E-mail Address | dustinbumham520@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Portland Housing Authority |
| Job or Title (if known) | Housing choice voucher "section 8" |
| Street Address | 14 Baxter Blvd |
| City and County | Portland, me |
| State and Zip Code | maine, 04101 |
| Telephone Number | 207 773 4753 |
| E-mail Address (if known) | https://www.porthouse.org |

Defendant No. 2

| | |
|---|---|
| Name | maine state Housing Authority |
| Job or Title (if known) | Housing choice voucher "section 8" |
| Street Address | 26 Edison Drive, Augusta maine 04330 |
| City and County | Augusta maine 04330 |

|  |  |
|---|---|
| State and Zip Code | maine, 04330 |
| Telephone Number | 800-452-4668, 207 626 4600 |
| E-mail Address (if known) | https://mainehousing.org/about |

Defendant No. 3

|  |  |
|---|---|
| Name | none✗ |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

|  |  |
|---|---|
| Name | ✗ |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Housing Discrimination,

want my Housing Choice voucher

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Dustin Burnham, is a citizen of the State of *(name)* Maine.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* ˣHousing Authority, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. · If the defendant is a corporation

The defendant, (name) "Portland, Housing Authority", is incorporated under the laws of the State of (name) Housing Discrimination, and has its principal place of business in the State of (name) Housing Discrimination. Or is incorporated under the laws of (foreign nation) Housing Discrimination, and has its principal place of business in (name) Housing Discrimination.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

"450,000 - 650,000 Dollars" xxx 20 year mortgage"

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V. Closing

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July, 20 24

Signature of Plaintiff    DB

Printed Name of Plaintiff    Dustin Burnham

Housing Disscrimanation "Reasons"

Been Living at Portland Housing Authority for 5 to 7 Years

Want My Section 8 Voucher, Housing Choice Voucher

Will Use my "HUD" Housing Urban Devlopment

Will Use my "HAP" Housing Assistance Payment

Will Use my Mortgage payment for 20 years
Will pay my mortgage for 20 years

Will pay 30 percent of my income and be Matched 70 percent by USA HUD,

Resources being used to pay for my Mortgage.

Section 8 Voucher, Housing Choice Voucher
HUD, Housing Urban Development
HAP, Housing Assitance Payment
Mortgage paid for in 20 years using those resources

Thanks Very Much,
Dustin Burnham
211 cumberland Ave, Studio 1103, Portland Maine 04101
phone number 2075360338

Dustin Burnham
July 14th 2024

Dustin Burnham

July 14th 2024

"Housing Discrimination"

Been living at Portland housing authority for 5 to 7 years.

Want to use my section 8 voucher, housing choice voucher

Want to use my HUD, Housing urban development to buy my mortgage

Want to use my HAP, Housing Assistance Payment to buy my mortgage

Will buy my mortgage for 20 years and pay 30 percent of my income and be matched 70 percent of my income by "HUD" Housing urban development for 15 years and use my "HAP" Housing Assistance payment forever because the HAP never turns off for the rest of my life.

I am ready to purchase my home for around 450,000. Dollars to 650,000. Dollars for a 20-year mortgage using the above resources.

I am willing to bring any mortgage company to court to purchase my home with the above resources.

I am going to buy a 3-bedroom 3-bathroom, .50 half acre home in the southern Maine neighborhood and live happy. Attic and basement included. This will help grow our economy successful and show others that use the above resources that buying a home is the correct way to go.

Thanks very much,

Dustin Burnham