UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DUSTIN BURNHAM ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 2:24-cv-00258-JAW |
| ) | |
| PORTLAND HOUSING AUTHORITY, ) | |
| et al. ) | |
| Defendant(s), ) | |

JUDGMENT OF DISMISSAL

In accordance with the Order on Recommended Decision and "*Cok*" Warning entered by U.S. District Judge John A. Woodcock, Jr. on August 30, 2024, JUDGMENT of Dismissal With Prejudice is hereby entered.

                                                CHRISTA K. BERRY
                                                CLERK

                    By:    /s/ Joanne McCue
                            Deputy Clerk

Dated: August 30, 2024